NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELEANOR CAPOGRASSO, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 08-CV-2229 (DMC) |
| STATE FARM INSURANCE CO., | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter coming before the Court upon Plaintiff Eleanor Capograsso's ("Plaintiff") appeal of Magistrate Judge Falk's November 10, 2008 Order (Dkt. No. 27) granting Plaintiff's attorney Evan L. Goldman's ("Goldman") petition to withdraw as counsel, and Plaintiff's motion for the return of her $455 filing fee relating to her appeal of that same Order; and after further reviewing all submissions; and for the reasons set forth in its Opinion issued on this day,

IT IS on this   17th   day of August, 2009;

**ORDERED** that Plaintiff's appeal of Magistrate Judge Falk's Order granting Goldman's petition to withdraw as counsel is **denied**; and it is

**ORDERED** that Plaintiff's motion for the return of her $455 filing fee is **denied**.

                                                                              S/ Dennis M. Cavanaugh
                                                                              Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |