NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELEANOR CAPOGROSSO, | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| -vs- | : | Civil Action No. 08-CV-2229 (DMC) |
| | : | |
| | : | |
| STATE FARM INSURANCE CO., | : | |
| | : | |
| Defendant. | **:** | |
| | **:** | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion for reconsideration pursuant to Local Civil Rule 7.1(i).   Plaintiff Eleanor Capogrosso ("Plaintiff") moves to reconsider this Court's Opinion, dated October 20, 2009, dismissing Counts Four, Five and Six of the Amended Complaint pursuant to a motion by Defendant State Farm Insurance Company ("Defendant") under Fed. R. Civ. P. 12(b)(6). Pursuant to Fed. R. Civ. P. 78, no oral argument was heard.  Upon consideration of all submissions; and based upon this Court's Opinion filed this day;

IT IS this   23rd  day of December, 2009;

**ORDERED** Plaintiff's motion to reconsider this Court's October 20, 2009 Opinion is **denied**.

S/Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |